CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose   Fernandez-Molina<br>YOB: 1977; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20 - 08865 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 4, 2020, at or near Nogales, in the District of Arizona, **Jose   Fernandez-Molina**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on June 19, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Jose   Fernandez-Molina** is a citizen of Mexico. On June 19, 2020, **Jose   Fernandez-Molina** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 4, 2020, agents found **Jose    Fernandez-Molina** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Jose   Fernandez-Molina** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/ Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 8, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4(1) and 54